Derek J. Ashton, OSB 871552
Internet e-mail: dashton@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:  (503) 323-9000
Facsimile:  (503) 323-9019

    Attorney for defendant United Rentals (North America), Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| MARK BOWDEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA) INC., and GENIE INDUSTRIES (A TEREX BRAND) INC.,<br><br>    Defendants. | Case No.<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)**<br><br>**Jury Trial Requested** |

    PLEASE TAKE NOTICE THAT defendant UNITED RENTALS (NORTH AMERICA), INC. (United Rentals) hereby removes to this court the state court action described below.

1. This is a civil action over which the court has diversity jurisdiction.

2. This court has diversity jurisdiction over this civil action under 28 U.S.C. §1332(a), and this action may be removed to this court under 28 U.S.C. §1441(b), because:

/ / /

/ / /

/ / /

Page 1 -  NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)

Notice of Removal to Federal Court 4826-1188-2062 v.1.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

   a. Plaintiff is and was at all material times a citizen Oregon, defendant United Rentals was at all material times a citizen of Delaware (state of incorporation) and Connecticut (headquarters), and defendant GENIE INDUSTRIES (A TEREX BRAND) INC. (Genie) was at all material times a citizen of Washington;

   b. Genie does not object to removal to federal court; and

   c. The amount in controversy is $530,000.

3. On or about August 25, 2017, plaintiff filed a Complaint for Product Liability and Negligence in Multnomah County Circuit Court, Case No. 17CV36753 ("the state court action"). A copy of the state court action is attached as Exhibit

4. Defendant United Rentals received service of the state court action on August 29, 2017.

5. On information and belief, defendant Genie has not yet been served.

6. This notice is timely because the earliest that the summons and complaint in the state court action were served on defendants was August 29, 2017. *See* 28 U.S.C. §1446(b). A copy of the Affidavit of Service on defendant is attached as Exhibit 2. (By this notice, neither defendant waives any defenses related to service of process.)

7. This is the district and division embracing the place where the state court action is pending (Multnomah County).

8. No other proceedings have occurred and no other documents have been served in the state court action other than those referenced above. A copy of the docket in the state court action is attached as Exhibit 3.

/ / /

/ / /

/ / /

Page 2 - NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)

Notice of Removal to Federal Court 4826-1188-2062 v.1.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

9. In filing this notice, defendants do not waive any defenses or claims including (but not limited to) any defenses based on jurisdiction, service, or statute of limitations.

DATED: September 8, 2017

COSGRAVE VERGEER KESTER LLP

_____
Derek J. Ashton, OSB 871552
E-mail: dashton@cosgravelaw.com
Telephone: (503) 323-9000
Fax: 503-323-9019
Attorney for United Rentals (North America), Inc.

Trial Attorney: same

Page 3 -   NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)

Notice of Removal to Federal Court 4826-1188-2062 v.1.docx

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b)** on the date indicated below by:

- ☒ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

Brian R. Whitehead
Law Ofc Brian R Whitehead
1610 12th St SE
Salem OR  97302
    Attorney for Plaintiff

Monique Wirrick
Perkins Coie LLP
1201 Third Ave Suite 4900
Seattle, WA 98101
    Attorney for Genie Industries

DATED:  September 8, 2017

*/s/ Derek J. Ashton*
Derek J. Ashton

Page 1 - CERTIFICATE OF SERVICE

Notice of Removal to Federal Court 4826-1188-2062 v.1.docx
Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019