Derek J. Ashton, OSB 871552
dashton@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
    *Attorneys for Defendant United Rentals (North America), Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| MARK BOWDEN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED RENTALS (NORTH AMERICA) INC., and GENIE INDUSTRIES ( A TEREX BRAND) INC.,<br><br>    Defendants.<br>———————————————<br>UNITED RENTALS (NORTH AMERICA) INC.,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>VIGOR INDUSTRIES LLC,<br><br>    Third-Party Defendants. | Case No. 3:17-cv-01411-SI<br><br>**STIPULATED LIMITED JUDGMENT OF DISMISSAL OF UNITED RENTALS (NORTH AMERICA), INC.** |

    Pursuant to Rule 41(a)(1)(A)(ii), and based on the settlement reached between the parties and the stipulation of the parties below, it is hereby

Page 1 - **STIPULATED LIMITED JUDGMENT OF DISMISSAL OF UNITED RENTALS (NORTH AMERICA), INC.**

ORDERED that the above-referenced matter is dismissed as to defendant United Rentals (North America), Inc. only, with prejudice, and without attorney fees or costs to either party to this stipulation.

Dated this __14th__ day of __May__, 2019.

/s/ Michael H. Simon
_____
Judge Michael H. Simon

IT IS SO STIPULATED:

LAW OFFICE OF BRIAN R. WHITEHEAD

_____
Brian R. Whitehead, OSB 833452
staff@attywhitehead.com
*Attorneys for Plaintiff*

SUSSMAN SHANK LLP

_____
Derek J. Ashton, OSB 871552
dashton@sussmanshank.com
*Attorneys for Defendant United Rentals (North America), Inc.*

Page 2 - **STIPULATED LIMITED JUDGMENT OF DISMISSAL OF UNITED RENTALS (NORTH AMERICA), INC.**

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130