# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARK BOWDEN**, | Case No. 3:17-cv-1411-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **GENIE INDUSTRIES (A TEREX BRAND) INC.**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

This action was tried before a jury from May 2 to May 6, 2022, with U.S. District Judge Michael H. Simon presiding. The jury rendered a verdict. ECF 160. In addition, the parties stipulated to the present value of Plaintiff's future lost wages as determined by the jury. ECF 165.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Plaintiff Mark Bowden and against Defendant Genie Industries (A Terex Brand), Inc. Plaintiff shall recover against Defendant damages in the amount of $1,731,305.80. Plaintiff also shall recover against Defendant post-judgment simple interest at the annual rate of 2.10 percent from the date of this Judgment until paid in full.

DATED this 11th day of May, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT